Distrito de San Juan, Sección 1ª., en un caso sobre indemnización de daños. Moción de la parte apelada para que se desestime la apelación por no haberse radicado la transcripción de autos. Resuelto en mayo 27, 1914. Desestimada la apelación. Abogado del apelado: *Sr. E. B. Wilcox.* Abogados del apelante: *Sres. Travieso & Iriarte.*

No. 1137. Sucesores de José Martínez, Demandantes y Apelados, *v.* Tomás Dávila & Co., Demandados y Apelantes.— Apelación procedente de la Corte de Distrito de San Juan, Sección 2ª., contra resolución concediendo un nuevo juicio en un caso sobre cobro de una cantidad de dinero. Moción de ambas partes para corregir la transcripción de autos. Resuelto en Junio 1, 1914. Denegada la moción sin perjuicio de que las partes presenten una transcripción de autos debidamente corregida. Abogados de los apelados: *Sres. Bosch & Soto.* Abogado de los apelantes: *Sr. Cay. Coll Cuchí.*

No. 1159. Gutiérrez et al., Demandantes y Apelantes, *v.* Foix et al., Demandados y Apelados.—Apelación procedente de la Corte de Distrito de Humacao en un caso sobre tercería de bienes inmuebles. Moción de los apelantes desistiendo de la apelación. Resuelto en Junio 2, 1914. Se tiene por desistidos a los apelantes. Abogado de los apelantes: *Sr. Antonio J. Amadeo.* Abogado de los apelados: *Sr. Francisco González.*

No. 1122. Urriza, Demandante y Apelada, *v.* Villanúa et al., Demandados y Apelantes.—Apelación procedente de la Corte de Distrito de San Juan, Sección 1ª., en un caso sobre pensión alimenticia y *litis expensas.* Moción de los apelantes desistiendo de la apelación. Resuelto en junio 5, 1914. Se